Bruce Brewer, OSB No. 925581
brucebrewerusdccases@gmail.com
PO Box 421
West Linn, OR 97068
503-621-6633
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

**BRANDON REED,**                          Case No. 3:16-cv-01007-MC

         Plaintiff,

vs.                                                             ORDER

**COMMISSIONER of Social Security**,

         Defendant.

Pursuant to 42 U.S.C. § 406(b), it is hereby ORDERED that an attorney fee in the amount of $912.23 is awarded directly to Plaintiff's attorney. The amount previously awarded under the Equal Access to Justice Act has already been deducted in arriving at the present 406(b) fee of $912.23. It is further ordered that Defendant shall issue a check in the amount of $912.23, less any user fee, make it payable to Plaintiff's attorney Bruce Brewer, and mail it to him at PO Box 421, West Linn, OR 97068. Any amount withheld after all administrative and court attorneys fees have been paid shall be released to Plaintiff.

ORDERED this __12th__ day of February, 2021.

                                             s/Michael J. McShane
                                             The Honorable Michael J. McShane
                                             U.S. District Court Judge

Presented by:
Bruce W. Brewer, OSB No. 925581

ORDER - Page 1